IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO ROSS** § | | **PLAINTIFF** |
| § | | |
| § | | |
| **v.** § | | **Civil Action No. 1:15cv93-HSO-JCG** |
| § | | |
| § | | |
| **THOMAS BYRD,** § | | |
| *in his individual capacity* § | | **DEFENDANT** |

### FINAL JUDGMENT

The claims of Plaintiff Antonio Ross against Defendant Thomas Byrd, in his individual capacity, came on for trial before the Court and a jury on the 29th day of August, 2016, and concluded on the 30th day of August, 2016, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant Thomas Byrd, in his individual capacity. In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Antonio Ross's claims against Defendant Thomas Byrd, in his individual capacity, are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 30th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE